This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO, ex rel.**
**HUMAN SERVICES DEPARTMENT**
**and DEBRA L. TAJALLE,**

Petitioners-Appellees,

v.                                                                    **NO. 29,912**

**SLAVIO P. LOVATO,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Gerard J. Lavelle, District Judge**

New Mexico Human Services Dep't
Child Support Enforcement Division
Sharron S. Davidson, Special Assistant Attorney General
Torri A. Jacobus, Special Assistant Attorney General
Albuquerque, NM

for Appellee State of New Mexico

Debra L. Tajalle
Albuquerque, NM

Pro Se Appellee

Peter Everett IV
Albuquerque, NM

for Appellant

# MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

Summary dismissal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

Dismissed.

**IT IS SO ORDERED.**

_____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**RODERICK T. KENNEDY, Judge**